IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DANNY A. GREEN,

    Petitioner,

v.                                        CASE NO. 1:08-cv-00131-MP-AK

BILL MCCOLLUM, et al.,

    Respondents.

_____/

**O R D E R**

This matter is before the Court on Doc. 5, Att. 1, Petition for Writ of Habeas Corpus, following transfer from the United States District Court for the Middle District of Florida. The petition is not on the proper form, and therefore, Petitioner shall file an amended petition for writ of habeas corpus on the form which will be provided to him which more fully sets forth all of his grounds for relief and more particularly states the facts supporting those grounds. In completing the § 2254 form, Petitioner is reminded that the petition must specify all the grounds for relief available to him; state the facts supporting each ground; state the relief requested; be printed, typewritten, or legibly handwritten; and be signed under penalty of perjury by the petitioner or by a person authorized to sign it for the petitioner under § 2242. § 2254 Rule 2(c)(1)-(5); *see also* N.D. Fla. Loc. R. 5.1(J)(3) (petition should not make reference to memorandum but must set forth claims and facts on form). The amended petition must be filed in its entirety, incorporating all amendments, as matters not set forth in the amended petition are deemed abandoned. Loc. R. 15.1.

Furthermore, Petitioner has not paid the $5.00 filing fee or filed a motion for leave to proceed *in forma pauperis*. Therefore, further consideration of the petition will be deferred until payment is received or IFP is granted.

Accordingly, it is **ORDERED**:

That the Clerk shall forward to Petitioner four § 2254 forms;

That no later than **August 15, 2008**, Petitioner shall file an "Amended Petition" as explained in this order, along with two identical copies including any exhibits or attachments. He shall also keep an identical copy for his records;

That the Clerk shall forward to Petitioner an application for leave to proceed *in forma pauperis*;

That Petitioner shall have until **August 15, 2008**, to either file an application for leave to proceed *in forma pauperis* or pay the $5.00 filing fee;

**That failure to respond to this order as instructed will result in a recommendation of dismissal of this action for failure to prosecute and failure to comply with an order of this court.**

**DONE AND ORDERED** this   *14*<sup>th</sup>   day of July, 2008.

>　　　　　　　　　　　　*s/ A. KORNBLUM*
>　　　　　　　　　　　　**ALLAN KORNBLUM**
>　　　　　　　　　　　　**UNITED STATES MAGISTRATE JUDGE**